IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cr-00374-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

21.    MANUEL TRUJILLO,

    Defendant.

## ORDER

Defendant's Unopposed Motion to Request Reconsideration of Order of Detention [filed September 5, 2012; docket #1431] is **granted** with the understanding that the United States Probation Office will recommend reasonable conditions of release which the Court will consider along with conditions requested by the United States Attorney's Office.

Dated at Denver, Colorado this 10th day of September, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge